■ LONNY H. BLUMENSTEIN-JACOBSOHN v. LUDWIG WOLF et al.— Motion for stay granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ CONCETTA R. ALESI, as Administratrix, v. CITY OF NEW YORK et al. CITY OF NEW YORK v. EMPIRE CITY SUBWAY COMPANY (LIMITED). CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., v. EMPIRE CITY SUBWAY COMPANY (LIMITED).— Motion to compel acceptance of the notice of appeal served December 27, 1957 granted, without costs. The copy of the judgment served was defective in that the page of the judgment containing the dismissals of the cross complaints was missing. Thus, technically, there was never any effective service upon the City of New York of a copy of the judgment as required by section 612 of the Civil Practice Act (*Kelly* v. *Sheehan,* 76 N. Y. 325; *Anthony* v. *Schofield,* 265 App. Div. 423). Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ In the Matter of MOSES COHEN, for Reinstatement to the Bar.— Motion for reinstatement denied. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ MARIA NATAL, an Infant, by Her Guardian ad Litem CARMEN GARCIA, et al., v. ALEX A. ALARID et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

## (June 13, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK v. ARNOLD SCHILDHAUS.— Motion denied. (See Code Crim. Pro., § 549.) Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ In the Matter of WARREN S. TENNEY against BERNARD D. FISCHMAN et al.— Motion for stay granted on condition that appellants procure the record on appeal and appellants' points to be served and filed on or before August 25, 1958, with notice of argument for September 9, 1958. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

## (June 17, 1958)

### (Republished)

■ KOSSMAN AND CO., INC., Appellant, v. FEUCHTWANGER CORPORATION et al., Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. Appellant is granted leave to serve an amended complaint within 20 days after service of a copy of the order entered hereon, with notice of entry. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.